IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID L. GREEN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  08-5938 |
| | : | |
| DR. DONALD C. WINTER, | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this 7th day of July, 2009, upon consideration of the Defendant's Motion to Transfer (Doc. No. 4), Plaintiff's Response (Doc. No. 7), and Defendant's Reply (Docket No. 8), it is hereby **ORDERED** that Defendant's Motion to Transfer is **GRANTED**, and this case is transferrred to the Court of Federal Claims.

This case is **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.